Form 3 - DOOR WITH MILITARY



**SACCO & FILLAS, LLP**   Stacie Iturbide
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN CEDENO | Index No. **1:24-cv-05207-RPK-RML** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **30847-23** |
| PIECE OF CAKE MOVING + STORAGE LLC, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**WARREN BOZARTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **23RD** day of **MAY, 2025 6:04PM** at
   **34-32 10TH ST**
   **APT 2F**
   **ASTORIA NY 11106**
deponent attempted to make personal service of a true copy or copies of the
**AMENDED, SUMMONS AND FIRST AMENDED COMPLAINT**
in the above entitled action upon **MIRO SARAVONIC**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **05/14/2025, 9:29AM 05/17/2025, 4:26PM** ,
Deponent was unable to speak to anyone at the location to verify the place of employment of the **DEFENDANT**.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **23RD** day of **MAY, 2025 at 6:04PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT MIRO SARAVONIC** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **05/29/2025** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED. Door light green wall, light green floor beige Door located off the stairs immediately to the right**

Sworn to before me this
03RD day of JUNE, 2025

_____
SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

_____
WARREN BOZARTH DCA LIC #0775869
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-SFLLP-24196657