

**31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102**

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

September 17, 2025

**VIA ECF**
Hon. Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  *Cedeno v. Piece of Cake Moving + Storage LLC et al*
  Case No. 1:24-cv-05207-RPK-RML

Dear Judge Levy:

This office represents Plaintiff. With the consent of the defense, Plaintiff respectfully writes to request a brief extension of seven (7) days to file the stipulation of discontinuance. The parties have reached a resolution pursuant to Defendant's Rule 68 Offer of Judgment, as reflected in the Court's August 21, 2025 docket entry, and are in the process of finalizing the necessary documents. The additional time will allow the parties to complete this process.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file the stipulation of discontinuance from September 20, 2025, to September 27, 2025. This request is made with the consent of all parties and will not prejudice any party or affect any other scheduled dates.

We thank the Court for its attention to this matter.

          Respectfully submitted,

         By: */s/Clifford Tucker*
           Clifford Tucker, Esq.

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024