**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CRISTIAN CEDENO,

      Plaintiff,

v.

PIECE OF CAKE MOVING + STORAGE LLC, JOHN DOE, LENA MOVING, INC. and MIRO SARAVONIC,

      Defendants,

and

PIECE OF CAKE MOVING & STORAGE LLC,

      Defendant/Third-Party Plaintiff,

v.

LENA MOVING INC. and MIRKO SARANOVIC,

      Third-Party Defendants.

**Case No.: 1:24-cv-05207-RPK-RML**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, this 3rd day of November, by and between Plaintiff, Cristian Cedeno, and Defendant, Piece of Cake Moving and Storage LLC, through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 83.8(b)(7), that the above-captioned matter is **DISMISSED WITH PREJUDICE** and without rights of appeal. Each party will bear their own costs and attorneys' fees. Please dismiss the Complaint and this lawsuit in their entirety, with prejudice.

*Clifford Tucker*
_____
Clifford Tucker, Esq.
Sacco & Fillas, LLP

*Jessica Kim*
_____
Jessica Kim, Esq.
GENOVA BURNS LLP

31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
ctucker@saccofillas.com

*Attorneys for Plaintiff*
*Cristian Cedeno*

115 Broadway, 15th Floor
New York, New York 10006
jkim@genovaburns.com

*Attorneys for Defendant*
*Piece of Cake Moving and Storage*

**So Ordered:**

_____

Hon. Robert M. Levy